**BRYAN CAVE LLP**
Christopher L. Dueringer, California Bar No. 173746
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:   310-576-2100
Facsimile:   310-576-2200
Email:       cldueringer@bryancave.com

**BRYAN CAVE LLP**
Andrea M. Hicks, California Bar No. 219836
Two Embarcadero Center, Suite 1410
San Francisco, CA  94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
E-mail:      hicksa@bryancave.com

Attorneys for Defendants
BAC HOME LOANS SERVICING, LP;
and BANK OF AMERICA N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY and BRENNA KROUSE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BAC HOME LOANS SERVICING, LP;<br>BANK OF AMERICA N.A.; and DOES 1<br>through 10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:10-cv-03309 MCE EFB<br><br>**JOINT STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>**[E.D. Local Rule 144(a)]** |

　　　Defendants BAC Home Loans Servicing, LP and Bank of America, N.A., ("Defendants") and Plaintiffs Rusty and Brenna Krouse ("Plaintiffs") by and through their counsel of record, hereby stipulate and agree as follows:

///

///

///

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907

1  Hearing on Defendants' Motion to Dismiss, which is currently set for April 21, 2011 at
2  2:00 p.m. in Courtroom 7, be continued to the next available hearing date, at Plaintiffs' Counsel
3  request.  The hearing on the Motion to Dismiss will now be heard on **May 5, 2011 at 2:00 p.m**. in
4  Courtroom 7, or as soon thereafter that the Court's schedule may allow.

5  Plaintiffs' Opposition to the Motion to Dismiss will now be due no later than April 21,
6  2011.  Defendants' Reply in support of the Motion to Dismiss will now be due no later than April
7  28, 2011.

8  **IT IS SO STIPULATED.**

9  Dated:  April 14, 2011

**MERCER LEGAL**
Eric Andrew Mercer

By:  /s/ Eric Andrew Mercer
Eric Andrew Mercer
Attorney for Plaintiffs
RUSTY & BRENNA KROUSE

Dated:  April 14, 2011

**BRYAN CAVE LLP**
Andrea M. Hicks

By:  /s/ Andrea M. Hicks
Andrea M. Hicks
Attorneys for Defendants
BANK OF AMERICA, N.A., and BAC HOME
LOANS SERVICING, LP

**IT IS SO ORDERED.**

**Date: April 14, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE