ERIC ANDREW MERCER, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:   (916) 361-6022
Facsimile:    (916) 361-6023
Email:          mercerlegal@me.com

Attorney for Plaintiffs
RUSTY KROUSE, an individual; and BRENNA KROUSE, an individual


BRYAN CAVE LLP
C. Scott Greene, California Bar No. 277445
Andrea Hicks, California Bar No. 219836
Ethan Schatz, California Bar No. 257919
560 Mission Street, Floor 25
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:           scott.greene@bryancave.com
                    andrea.hicks@bryancave.com
                    schatze@bryancave.com
Attorneys for Defendants
BANK OF AMERICA, N.A., for itself, and as successor by merger to BAC Home Loans Servicing, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RUSTY KROUSE, an individual; and BRENNA KROUSE, an individual;<br><br>            Plaintiffs,<br><br>      v.<br><br>BAC HOME LOANS SERVICING, LP; BANK OF AMERICA N.A.; and DOES 1 through 10, inclusive,<br>            Defendants. | Case No. 2:10-cv-03309-MCE –EFB<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)] |

The Court, having read and considered the Stipulation of Dismissal with Prejudice by and between Plaintiffs Rusty and Brenna Krouse ("Plaintiffs") and Defendant BANK OF AMERICA, N.A., for itself, and as successor by merger to BAC Home Loans Servicing, N.A. ("Bank of America") (collectively, the "Parties"), and good cause appearing therefore, hereby ORDERS that:

1. This action, and each and every claim asserted in the action, is dismissed in its entirety;

2. The dismissal is with prejudice;

3. Each of the Parties is to bear its own attorney's fees and costs; and

4. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

**Dated:  December 31, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT